UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA          :

      -v.-                        :

MONZER AL KASSAR,                 :
    a/k/a "Abu Munawar,"
    a/k/a "El Taous,"             :
TAREQ MOUSA AL GHAZI,
LUIS FELIPE MORENO GODOY,         :

              Defendants.    :

------------------------------------x

S2 07 Cr. 354

ORDER

ORIGINAL

      Upon the application of the United States of America, by and through Assistant United States Attorney Brendan R. McGuire, it is hereby

      ORDERED that Indictment S2 07 Cr. 354, which has heretofore been sealed, is hereby unsealed effective June 8, 2007, at or about 6:00 a.m.

Dated:  New York, New York
        June 7, 2007

_____
UNITED STATES MAGISTRATE JUDGE

JAMES C. FRANCIS IV
UNITED STATES      MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

JUN 0 7 2007