```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/8/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA            :

         - v. -                    :

MONZER AL KASSAR,                   :
a/k/a "Abu Munawar,"
  a/k/a "El Taous,"                 :
TAREQ MUSA AL GHAZI, and
FELIPE MORENO,                      :

              Defendants.   :
- - - - - - - - - - - - - - - - - -x

**POST-INDICTMENT**
**RESTRAINING ORDER**

S2 07 Cr. 354

        Upon the Indictment, the application of Michael J. Garcia, United States Attorney for the Southern District of New York, and the Affirmation of Special Agent Edwin Brigantty of the Drug Enforcement Administration,

        **IT IS HEREBY ORDERED**, pursuant to 21 U.S.C. § 853(e)(1)(A), that MONZER AL KASSAR, TAREQ MUSA AL GHAZI, and FELIPE MORENO, the defendants, and their spouses, attorneys, agents, and employees and anyone acting on their behalf and all persons or entities in active concert or participation with any of the above, all of the financial institutions listed herein, and anyone with actual knowledge of this Order shall not take any action prohibited by this Order; and

        **IT IS FURTHER ORDERED**, pursuant to 21 U.S.C. § 853(e)(1)(A), that MONZER AL KASSAR, TAREQ MUSA AL GHAZI, and FELIPE MORENO, the defendants, their spouses, attorneys, agents, and employees and anyone acting on their behalf and all persons or entities in active concert or participation with any of the above,

all of the financial institutions or businesses listed herein, and all persons and entities having actual knowledge of this Order, are restrained from, directly or indirectly, transferring, selling, assigning, pledging, hypothecating, encumbering, or disposing of in any manner; causing to be transferred, sold assigned, pledged, hypothecated, encumbered, disposed of in any manner; or taking, or causing to be taken, any action that would have the effect of depreciating, damaging, or in any way diminishing the value of certain property which is subject to forfeiture upon the conviction of the Defendant, pursuant to 18 U.S.C. § 981(a)(1)(G) and 28 U.S.C. § 2461(c), to wit:

> Any and all right, title and interest in the real property and appurtenances known as an estate located at Palacio Mifadil, Atalaya de Rio Verde, 4 Marbella, Spain (the "Marbella Premises");
>
> All funds on deposit in bank account number 3058 0844 03 2761 001546, in the name of Senor Bilal Hussain, at Banco Caja Mar, Avda. Ricardo Soriano 25, 296000 Marbella (Malaga), Espana, IBAN ES 84 3058 0844 03276100 1546, with SWIFT Code CCRIES2A (the "Spanish Account")
>
> All funds on deposit in bank account number 3058 0844 03 2799 000409, in the name of Senor Bilal Hussain, at Banco Caja Mar, Avda. Ricardo Soriano 25, 296000 Marbella (Malaga), Espana, IBAN ES 84 3058 0844 03276100 1546, with SWIFT Code CCRIES2A (the "Second Spanish Account")
>
> All funds on deposit in bank account number 390208, in the name of Mr. Bilal K. Hussain, at the Bank of Beirut S.A.L., Chtoura Branch, Lebanon, with SWIFT Code BABELBBE (the "Lebanon Account")

(collectively referred to hereinafter as the "Forfeitable Property");

**IT IS FURTHER ORDERED**, pursuant to 21 U.S.C. § 853(e)(1)(A), that the Marbella Premises shall not be used for any illegal activity, or in any manner that would diminish the value of the Premises, to preserve its value and availability for forfeiture in the event of the defendants conviction; and

**IT IS HEREBY FURTHER ORDERED**, pursuant to 21 U.S.C. § 853(e)(4), that MONZER AL KASSAR, TAREQ MUSA AL GHAZI, and FELIPE MORENO, the defendants, shall repatriate the contents of the Spanish Account, the Second Spanish Account and the Lebanon Account (the "Accounts"), and to deposit that property pending trial with the United States Marshals Service; and

**IT IS HEREBY FURTHER ORDERED** that the Restraining Order against the Accounts shall be lifted solely for the purpose of allowing the defendants to repatriate the contents of the Accounts; and

**IT IS HEREBY FURTHER ORDERED**, pursuant to 21 U.S.C. § 853(e)(1)(A), that this Restraining Order shall be binding upon the Defendants, their attorneys, agents and employees, and all persons in active concert or participation with any of the above, or any other person having actual knowledge of this Order; and

**IT IS HEREBY FURTHER ORDERED** that service of a copy of this Order shall be made on the defendants attorneys by facsimile within two business days following the filing of this Restraining Order; and

**IT IS FURTHER ORDERED** that any institution named herein shall accept service of this Order by facsimile transmission provided that an original hard copy is thereafter served by regular mail.

Dated: New York, New York
       June 7, 2007

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE