UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA                :
                                            07 Cr. 354   (JSR)
        -v.-                            :
                                            ORDER
MONZER AL KASSAR,                       :
    a/k/a "Abu Munawar,"
    a/k/a "El Taous,"                   :
TAREQ MOUSA AL GHAZI,
LUIS FELIPE MORENO GODOY,               :

                Defendants.             :

------------------------------------x

   Upon the application of the United States of America, by and through Assistant United States Attorney Brendan R. McGuire, it is hereby

   ORDERED that Indictments 07 Cr. 354 and S1 07 Cr. 354, which have heretofore been sealed, are hereby unsealed.

Dated:  New York, New York
        June 22, 2007

_____
UNITED STATES MAGISTRATE JUDGE

DOUGLAS F. EATON
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 2 2 2007