UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
THE UNITED STATES OF AMERICA                    HON. JED S. RAKOFF

   -against-                                   NOTICE OF
                                                APPEARANCE
MONZER AL KASSAR,
TAREQ MOUSA AL GHAZI,                            07 Cr. 354 (JSR)
LUIS FELIPE MORENO GODOY,


   Defendants.
------------------------------------X

   TO: CLERK OF COURT

   PLEASE TAKE NOTICE that Marc Agnifilo, Esq. of Brafman

& Associates, P.C., 767 Third Avenue, New York, New York

10017, admitted to this District in 1994, hereby appears on

behalf of the defendant, Tareq Mousa al Ghazi.


                                     Marc Agnifilo, Esq.
                                      Brafman & Associates, P.C.
                                      767 Third Avenue
                                      New York, New York   10017
                                      Phone: (212) 750-7800
                                      Fax: (212) 750-3906
                                      E-Mail: Magnifilo@braflaw.com

Dated:     New York, New York
           January 14, 2008