UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA            :
                                    :   HON. JED S. RAKOFF
                                    :
-against-                           :   NOTICE OF MOTION
                                    :
MONZER AL KASSAR,                   :   07 CR. 354 (JSR)
TAREQ MOUSA AL GHAZI, and           :
LUIS FELIPE MORENO GODOY            :
                                    :
            Defendants              :
-----------------------------------------------------------------x

## TAREQ MOUSA AL GHAZI NOTICE OF MOTION

**PLEASE TAKE NOTICE**, that upon the annexed Memorandum of Law, the undersigned, on behalf of defendant Tareq Mousa al Ghazi, will move this court, before the Honorable Jed S. Rakoff, on a date and a time to be determined by the Court, for an order granting the following relief:

a)  Dismissing the Indictment on the grounds that the Government's undercover "sting" investigation of non-U.S. citizens in foreign countries violated the defendants' right to due process under the Fifth Amendment to the U.S. Constitution;

b)  In the event the court does not dismiss the indictment, the holding of a pre-trial hearing at which the factual issues related to defendants' due process claim may be examined by the Court;

c)  Removing surplusage from the indictment; and

d)  Permitting defendant to file additional, appropriate motions and reply papers, and to join in co-counsel's motions .

_____
Marc Agnifilo, Esq.
(MA-7195)
BRAFMAN & ASSOCIATES, P.C.
767 Third Avenue, 26th Floor
New York, New York 10017
(212) 750-7800

Dated: March 31, 2008

TO:

Honorable Jed S. Rakoff
Roger Stavis, Esq.
All assigned AUSAs
Tareq Mousa al Ghazi