UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X

UNITED STATES OF AMERICA,

       -against-                                                 **AFFIDAVIT**

MONZER AL KASSAR,                         S3 07 CR 354 (JSR)
TAREQ MOUSA AL GHAZI,
and LUIS FELIPE MORENO GODOY,

                    Defendants.

------------------------------------------------X

STATE OF NEW YORK   )
COUNTY OF NEW YORK ) ss.:

    LUIS FELIPE MORENO GODOY, being duly sworn, deposes and says:

    1.    I am a defendant in the above-referenced case and submit this affidavit in support of the motion to dismiss the indictment based on the misconduct of the Government.

    2.    I was born in Vina Del Mar, Chile on August 23, 1948. I am a dual citizen of both Chile and Spain.

    3.    I first met Monzer Al Kassar in Argentina in 1996 and began working as his personal assistant shortly thereafter. As his personal assistant, I lived and worked at Mr. Al Kassar's residence in Marbella, Spain. My duties included assisting him with various business projects and joint ventures in Spain and elsewhere. I worked closely with his attorneys, business partners, tenants, and contractors with regard to the management, leasing and construction at his various real estate properties. I continued to work for Mr. Al Kassar until my arrest in June, 2007.

    4.    I first met my co-defendant, Tareq Mousa Al Ghazi, when he came to Marbella, Spain, to meet with Mr. Al Kassar in February, 2007. I had neither spoken to him nor heard of him before

that time. I do not speak Arabic.

5. Also in Marbella, Spain in February, 2007, I first met "CS-1," known as "Samir," as well as "CS-2" and "CS-3" who introduced themselves as "Carlos" and "Luis." Unlike "CS-1" who spoke Arabic, I was able to communicate with "CS-2" and "CS-3" in Spanish.

6. On March 28, 2007 during a visit to Marbella, Spain, "CS-2" and "CS-3" told me that they were involved in the cocaine business and offered to sell me a multiple kilo quantity of cocaine. I refused their offer immediately.

7. Since I began working for Mr. Al Kassar in 1996, I have never traveled to or visited the United States.

Dated: New York, New York
June 10, 2008

Translated to Spanish
By:

*Jordan Fox*
Jordan Fox
Federally Certified Court Interpreter

*[signature]*
Luis Felipe Moreno Godoy

Sworn To Before Me
this 10th day of June, 2008

*[signature]*

ROGER L. STAVIS
Notary Public, State of New York
No. 02ST4912305
Qualified in Westchester County
Commission Expires January 3, 2006 2010

00162302.WPD;1