UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | : **ECF CASE** |
| v. | : **NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION** |
| MONZER AL KASSAR, TAREQ MOUSA AL GHAZI, and LUIS FELIPE MORENO GODOY, | : **S3 07 Cr. 354 (JSR)** |
| Defendant. | : |

TO: Clerk of Court
United States District Court
Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance and the appearance of Boyd M. Johnson III in this case for the United States, in addition to Leslie M. Brown, and to add both him and Boyd M. Johnson III (Boyd.Johnson@usdoj.gov) as Filing Users to whom Notices of Electronic Filing will be transmitted in this case.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York

by: /s/ Brendan R. McGuire
Brendan R. McGuire
Assistant United States Attorney
(212) 637-2220