# EXHIBIT E

## DRAFT TRANSCRIPT

| | |
|---|---|
| CASE: | UNITED STATES v. MONZER AL KASSAR et al. |
| CALL NO.: | N-83 |
| TIME: | 9:00 AM |
| DATE: | MAY 9, 2007 |
| TEL. NO.: | 34 61 0477692 |
| PARTICIPANTS: | MONZER AL KASSAR<br>CONFIDENTIAL SOURCE |
| ABBREVIATIONS: | [U/I] = Unintelligible in English<br>[I/I] = Unintelligible in Spanish<br>[PH] = Phonetic Spelling<br>// = Voices Overlap |

[Translator's Note: words spoken in English in the original conversation have been italicized; Mr. Al Kassar is not a native speaker of Spanish and his portions of the conversation have been translated into standard English for purposes of clarity.]

| | ENGLISH TRANSLATION | ORIGINAL LANGUAGE |
|---|---|---|
| | [The telephone rings] | [Timbra el teléfono] |
| AL KASSAR | Hello. | Aló. |
| CS | Hello. | Aló. |
| AL KASSAR | Hello? | ¿Aló? |
| CS | Hello. | Aló. |
| AL KASSAR | Hello, buddy. | Hola, hermano. |
| CS | Hey, little buddy. How are | Hola, hermanito. ¿Cómo |

1

| | | |
|---|---|---|
| | you doing? | está usted? |
| AL KASSAR | Fine. How are you? Did you get back OK? What's going on? I tried calling you two, three times, but you didn't pick up. | Bien. ¿Cómo está? ¿Llegaste bien? ¿Qué pasa? Yo intente para llamarte dos, tres veces, pero no lo contesta. |
| CS | Oh, I saw I had a missed call today, but I was calling yesterday and nobody picked up. I called your... your, um... your friend and you, but nobody picked up. | Oh, yo vi una llamada perdida hoy, pero yo estuve llamando ayer y nadie me contestó. Llamé a... a, um... al... al amigo tuyo y a ti y nadie me contestó. |
| AL KASSAR | Do you know what happened? We're out of town, we're away right now. You know where we are. We got here in... we're in Bulgaria, tomorrow we travel to Bucharest, to Rumania. | ¿Sabe qué pasó? Estamos en viaje, estamos ahora en viaje. Sabes donde estamos. Allí llegó en... estamos en Bulgaria, viajamos mañana a Bucharest, a Rumanía. |
| CS | OK, OK. Um... | OK, OK. Um... |
| AL KASSAR | So tell me, how are things, how are you? | Dime, ¿qué tal, cómo está usted? |
| CS | Everything's... everything's fine. Uh... we did a small trial run to the account in... in dollars. I wanted to know whether you got it so I'll... so I'll... // | Todo... todo bien. Eh... te hicimos una prueba pequeña a la cuenta en... en dólares. Quiero saber si la recibiste para ver si... si... // |
| AL KASSAR | // Yeah, yeah, yeah... // | // Sí, sí, sí... // |
| CS | // know whether to buy the house... // | // compramos la casa...// |
| AL KASSAR | // fifty, but that [U/I] nothing, fifty, yeah... // | // cincuenta pero eso [I/I] nada, cincuenta, sí... // |

3774

| | | |
|---|---|---|
| CS | No... | No... |
| AL KASSAR | // ... it got here yesterday, the day before yesterday. Fifty. | // ...llegó ayer, antes de ayer. Cincuenta. |
| CS | OK, perfect. You should be getting the rest by today then. You should start getting the rest by today. | OK, perfecto. Hoy te llega el resto, entonces. Hoy te comenza a llegar el resto. |
| AL KASSAR | Please, the thing is that I... I have... I have a meeting with the government about the signatures on the eleventh, huh? And to make arrangements, huh? | Por favor, es que yo no... yo el... el día once tengo un... un... un reunione [sic] con el gobierno para firmar, ¿ah? Para arreglarlo también, ¿ah? |
| CS | Yeah, yeah. All of the... the rest will start getting there by today, OK? | Sí, sí. Hoy comienza a llegar todo el... todo el resto, ¿OK? |
| AL KASSAR | All right, but when is it going to get here? Because... uh, I wanted to know before... it's just that the transportation people are going to come, they're coming to see me. | Entonces, ¿cuándo va a llegar? Porque... eh, quiere saber antes... es que también la gente del transporte va a venir, va a verme. |
| CS | Today. | Hoy. |
| AL KASSAR | And I haven't paid them anything yet. | Porque yo no le pago nada a ellos allí. |
| CS | Today. Everything should start getting there by today. | Hoy. Hoy comienza a llegar todo. |
| AL KASSAR | Today you started... // | Hoy comenzó... // |
| CS | Yeah. | Sí. |
| AL KASSAR | // OK, to the... to the first one, huh? To the first account. | // OK, a la... al primero, ¿ah? A la cuenta primera. |

3

3775

| | | |
|---|---|---|
| CS | To the... to the... to the last one you gave me. To the... the one in... in dollars. | A la... a la... a la última que tú me distes. A la... en... en en dólares. |
| AL KASSAR | The number in... dollars? | ¿Número en... dólares? |
| CS | Yeah. | Sí. |
| AL KASSAR | The number of the account in dollars? | ¿Número de cuenta en dólares? |
| CS | Yeah, yeah. | Sí, sí. |
| AL KASSAR | Uh, let me know when you first send it so I'll know when... when it's going to get here. | Eh, infórmame cuando tú manda primero para saber cuando... cuando va a llegar. |
| CS | OK. You should be getting one by today. And, uh... in the next few days, you should be getting the others, OK? | OK. Hoy supuestamente tiene que estarte llegando uno. Y, uh... en estos días, te llegan los otros, ¿OK? |
| AL KASSAR | All right, I'll be expecting you call so I can confirm when I can send the [U/I]. | Vale, yo espero tu llamada para conformar cuando yo mandar [I/I]. |
| CS | OK, perfect. | OK, perfecto. |
| AL KASSAR | Uh, the other thing about the paper. What's going on with the paper? That's really important for ... | Eh, otra cosa para el papel. ¿Qué pasa con el papel? Eso es muy importante para... |
| CS | [he clears his throat] I got back yesterday and, uh... // | [carraspea] Yo vine ayer y, ah... // |
| AL KASSAR | OK. | Sí. |
| CS | // today... today I'm going to start to... to figure out what happened with that, OK? | // hoy... hoy voy a comenzar a... a ver qué pasó con eso. ¿OK? |

4

3776

| | | |
|---|---|---|
| AL KASSAR | Please, huh? Yeah, yeah. Yeah, please. That piece of paper is really important, just send me a copy bef... bef... uh... beforehand... and then you can send the original by mail... by mail. | Por favor, ¿ah? Sí, sí. Sí, por favor. Es muy importante el papel esa, para mandarme copia an... an... eh...antes... después puede mandar la original por cor... con correo. |
| CS | OK. I'll send you the copy. | OK. Yo mando la copia. |
| AL KASSAR | Right, but if you could also confirm the matter with the Foreign Ministry, uh... that would really, uh... help us out time wise, too. | Sí, pero también si tu puede conformar lo del Ministerio de Exterior, eh... sirve mucho, eh... tiempo también, por tiempo. |
| CS | OK. | OK. |
| AL KASSAR | Get the details to confirm the matter with the Ministry of the Interior, uh, the Foreign Ministry, sorry, huh? | Aclara para conformar lo del Ministerio de Interior, uh, Exterior, perdóname, ¿ah? |
| CS | OK. The Foreign Ministry. OK. I'm writ... // | OK. El Ministerio de Exterior. OK. Estoy tom... // |
| AL KASSAR | // Only the Foreign Ministry, nothing else, uh... all right? | // Sólo el Ministerio de Exterior, nada más, ah... ¿vale? |
| CS | All right. I'm taking notes here of what you're telling me. OK. | Vale. Yo estoy tomando nota aquí de lo que tú me estás diciendo. OK. |
| AL KASSAR | Please. The Foreign Ministry. | Por favor. Ministerio de Exterior. |
| CS | *All right.* No problem. | *All right.* No hay problema. |
| AL KASSAR | All right then... Uh, when... when were you thinking about getting, uh... getting the | Vale, entonces... Eh, ¿cuándo... cuándo piensas tú, eh... sacar la |

5

3777

| | | |
|---|---|---|
| | papers? | documentación? |
| CS | Today... look, the time here is... it's seven in the morning here. | Hoy... mira, son aquí... aquí son las siete de la mañana. |
| AL KASSAR | Right. | Sí. |
| CS | And, uh... at... within the next two hours, when it's nine o'clock and... and my friends have gotten to work, I'll start calling. | Y, ah... a las... dentro de dos horas, que sean las nueve, que... que los amigos hayan llegado a su oficina, comienzo a llamar. |
| AL KASSAR | All right. | Vale. |
| CS | OK? | ¿OK? |
| AL KASSAR | So then... so then... so then, between today [U/I] we'll have a copy of the first one. | Entonces... entonces... entonces, entre hoy [U/I] tenemos la copia por el primero. |
| CS | Yeah. | Sí. |
| AL KASSAR | All right. So then once you have [it] in your hand, call me on my cell phone [U/I], my cell phone [U/I] two. | Vale. Entonces, cuando tienes en tu mano, llámame al móvil [U/I], el móvil [U/I] dos. |
| CS | OK, perfect. | OK, perfecto. |
| AL KASSAR | All right, take care of yourself, huh? | Vale, un abrazo, ¿ah? |
| CS | All right. Thanks. Take care. | Vale. Gracias. Cuidate mucho. |
| AL KASSAR | Thanks to you. All right, *bye*, bye. | Gracias a usted. Vale, *bye*, chao. |
| CS | *Bye.* | *Bye.* |

6

3778

| | | |
|---|---|---|
| CS | [END OF THE CONVERSATION]<br><br>*The call that I make was to Monzer on the telephone from Spain, 34 61 04 77692. The date is 5.9.2007, and the time is 9:00 in the morning.* | [FIN DE LA CONVERSACIÓN]<br><br>*The call that I make was to Monzer on the telephone from Spain, 34 61 04 77692. The date is 5.9.2007, and the time is 9:00 in the morning.* |