# EXHIBIT H

N-90
5-22-07

# DRAFT TRANSCRIPT

| | |
|---|---|
| CASE: | UNITED STATES v. MONZER AL KASSAR et al. |
| CALL NO.: | N-90 |
| TIME: | 11:00 AM |
| DATE: | MAY 22, 2007 |
| TEL. NO.: | 34 609 895244 |
| PARTICIPANTS: | MONZER AL KASSAR<br>CONFIDENTIAL SOURCE |
| ABBREVIATIONS: | [U/I] = Unintelligible in English<br>[I/I] = Unintelligible in Spanish<br>[PH] = Phonetic Spelling<br>// = Voices Overlap |

[Translator's Note: words spoken in English in the original conversation have been italicized; Mr. Al Kassar is not a native speaker of Spanish and his portions of the conversation have been translated into standard English for purposes of clarity.]

| | ENGLISH TRANSLATION | ORIGINAL LANGUAGE |
|---|---|---|
| | [conversation previously begun] | [conversación previamente iniciada] |
| AL KASSAR | ... [U/I] call [U/I] friends. So where are you? It's harder for me to call you. I tried... something like ten [times], I don't know, that I tried to call you. | ...[I/I] llamada [I/I] amigos. Pero, ¿dónde estás? Es más difícil para llamarte. Yo estuve... por diez, no sé, intente para llamarte. |
| CS | Uh huh. | Ujúm. |
| AL KASSAR | Where are you, in what country? | ¿Dónde está, en qué país? |

1

3832

| | | |
|---|---|---|
| CS | I'm in Panama. | Estoy en Panamá. |
| AL KASSAR | OK, OK. How's the weather, good? | Vale, vale. ¿El tiempo está bueno? |
| CS | Ugh! It's raining, it's raining. I'm... this is all, uh... it's the middle of the jungle and it rains a lot. | ¡Ua! Está lloviendo, está lloviendo. Estoy... aquí todo esto es, eh... pura selva y llueve mucho. |
| AL KASSAR | Oh, oh, really? OK. All right. So I'm [U/I] uh, good phone. | Ah, por eso, sí. Entonces, no. Pero, yo [I/I] eh, teléfono bueno. |
| CS | OK, yeah. This phone is really good. I just bought this one. | OK, sí. Este teléfono es muy bueno. Este lo acabo de comprar. |
| AL KASSAR | All right, so me, too, because I'm out of town right now. I... tried to... to go back on Monday, yesterday, but I got a call telling me to wait until the confirmation came through from our buddy. | Vale, entonces, yo también porque estoy fuera ahora. Yo... intente para... para volver el lunes, ayer, pero yo recibí una llamada que espera hasta que conforme con el hermano. |
| CS | Uh huh. | Ajá. |
| AL KASSAR | It's just that [U/I] a call to call you. Tell me something, what's going on with [U/I]? | Es que [I/I] una llamada para llamarte. Dime, ¿qué pasa con [I/I]? |
| CS | No, no, everything's good. It... the thing is that... it's... it's starting to get complicated for me to send it to you through the banks. Uh... it's really slow and... and I don't really like the way they've been doing this. So, uh... uh... // | No, no, todo bien. Que lo... lo que pasa es que... se... se me está complicando enviártelo por vía banco. Eh... está muy lento y... y no me está gustando cómo lo están haciendo. Entonces, eh... eh... // |
| AL KASSAR | // So what are we going to do | // ¿Qué hacemos? Tú sabes |

2

3833

| | | |
|---|---|---|
| | then? You know, they're a little annoyed right now... // | que donde estoy ahora... // |
| CS | // Eh... // | // Eh... // |
| AL KASSAR | // ... over where I am, uh... because I promised to come through, uh... [in] two... two weeks for... // | // ... es un poquito enfado que yo promete hacer, eh... dos... dos semanas para... // |
| CS | // No, no, no... // | // No, no, no... // |
| AL KASSAR | // ...I don't know what to do... // | // ... yo no sabe qué hac... // |
| CS | // I know that, but there is some money there in cash and so I wanted to see whether... whether we could pick it up, deliver it to him or figure out how we could work that out. So over where you are right now, uh... there's, what's it called? Three point two. | // Yo lo sé, pero, entonces allí hay un dinero en efectivo, y entonces yo estaba viendo si... si lo podíamos recoger, entregárselo o ver cómo podemos hacer. Allí donde tú estás ahorita, eh... hay, ¿cómo se llama? Tres punto dos. |
| AL KASSAR | But is it there now, or is it on its way? | Pero, ¿hay ahora o va a llegar? |
| CS | No, no, no... I... it's there right now. Which means that I have to go... | No, no, no... yo... allí hay ahorita. Y entonces, yo tengo que ir... // |
| AL KASSAR | // But wait a minute, wait a minute, but where inside or inside...? Inside? | // Pero, espera, espera, pero, ¿dónde en dentro o dentro...? ¿Dentro? |
| CS | I think it's at the border. I don't know exactly where because... // | Yo creo que en la frontera. Exactamente, no sé porque... // |
| AL KASSAR | // ... Oh, the border? If it's at the border, then that's a | // ... ¿Ah, la frontera? Está otra cosa la frontera, que |

3

3834

| | | |
|---|---|---|
| | different story, that's not... that's not easy. But how do you mean? But that means we're going to have to go get something that's... // | no... no es fácil. Pero, ¿ en qué manera? Pero vamos ahora a recuperar una cosa que se... // |
| CS | // Hello? // | // Hello? // |
| AL KASSAR | Yeah, yeah, what is it? | Sí, sí, dime. |
| CS | OK, OK. Uh, it went dead for a second. Talk to me. | Sí, sí. Eh, se cortó un momento. Dime. |
| AL KASSAR | OK, but the thing is, you don't whether it's inside, if it's ready, if it's not at the border, how it's going to get there... // | Sí, pero es que tú no sabes que está dentro, está listo, está fuera en la frontera, cómo va a llegar... // |
| CS | // I'm only... I'm only... I'm only going to, uh... uh... I want to get there on the fifth or the sixth and they're going to make the delivery to me there. So... // | // Yo sólo... yo sólo... yo sólo voy, ah... eh, yo quiero llegar el cinco o el seis y me lo van a entregar a mi allí. Entonces... // |
| AL KASSAR | // Oh, so you're going to be there until the fifth to make your delivery to your [U/I] there... // | // Ah, entonces hasta el cinco tú vas a estar allí para entregarte a tu [I/I] allí... // |
| CS | // Uh huh. // | // Ajá. // |
| AL KASSAR | So who there is going to be able to say...? I'd rather it be in my country, uh... tell me. It's easier over there just to be able to get it there. | ¿Entonces quién allí puede decir...? Prefiero en donde en mi país el, uh... puede decir. Allí es más fácil para sólo poder llevarlo. |
| CS | But do you know anybody who could... who could take it from there to there? | ¿Pero si tú tienes alguien que... que lo pueda llevar de allí para allá? |

4

3835

| | | |
|---|---|---|
| AL KASSAR | Where? | ¿Dónde? |
| CS | From where you are over to your country? | De allí donde tú estás para tu país? |
| AL KASSAR | Where I am now? Yeah, uh... I have people, but what's going on? You know that the... the company over there, the... it... the state won't accept cash [U/I] ... // | ¿Donde ahora estoy? Sí, eh... tengo a gente, pero, ¿qué pasó? Tú sabes que allí la... la compañia, la... el... estado no va a recibir en efectivo [I/I]... // |
| CS | // No, no, no, no... // | // No, no, no, no... // |
| AL KASSAR | // ... can't do anything to... // | // ... no puede hacer algo para... // |
| CS | // I know, I know. But think about how we could do this and if I could meet up with you over there on the... on the fifth or the sixth and, uh... then you introduce me to somebody. And I'll... // | // Yo sé, yo sé. Pero piensa cómo podemos hacer y si yo me puedo juntar contigo el... el cinco o el seis allí y, eh... que me presentes a alguien. Y yo... // |
| AL KASSAR | // No, why do I have to introduce you to somebody? No, what for? Why do I have to introduce you to somebody? | // No, ¿para qué presénteme a alguien? No, ¿por qué? ¿Por qué presénteme a alguien? |
| CS | Well, or... or... // | Bueno, o... o... // |
| AL KASSAR | // Or we could see whether... the things still aren't ready. Who knows what could happen between the fifth or the sixth. Look, I'm going to make my trip and go back to where our friends are. We'll be there when you have something set up for sure. So tell me, because right now | // O podemos a ver que si... todavía no hay cosas que listas. Entre el cinco o el seis, nadie sabe qué puede pasar. Entonces, yo viaja, volver ahora a donde los otros amigos. Estamos cuando tú tienes algo concreto. Dime, porque ahora estoy muy... [I/I] // |

5

3836

|  |  |  |
|---|---|---|
|  | I'm really... [U/I] // |  |
| CS | No, no, this is set up now. It is set up. That's why I'm calling you. | No, no, eso ya es concreto. Eso es concreto. Por eso yo estoy llamando. |
| AL KASSAR | What do you mean, set up? What do you mean, set up? Where is it? You don't where... where the paper is now. | ¿Cómo concreto, que entonces cómo concreto? ¿Donde está? Tú no sabes dónde... dónde está el papel ahora. |
| CS | Uh... it's there, but they have to deliver it to me. I can't make the trip right now. If I could leave, I would have left by now. I'm going to be [there] on the fifth... // | Eh... está allí, pero me lo tienen que entregar. Yo no puedo viajar ahorita. Si yo me pudiera ir, yo me hubiera ido. Yo voy a estar el cinco... // |
| AL KASSAR | // All right, so... so it's inside. Uh, do we or don't we have people over there to take delivery of it over there, in there? | // Vale, entonces... entonces está dentro. Eh, ¿se tenemos gente allí para recibirlo allá, allí dentro o no? |
| CS | Yeah, yeah. Over there. It's already over there. I mean, they're going to make the delivery to me. I'm going with Luis and they're going to deliver it to Luis... // | Sí, sí. Allí. Allí ya está. O sea, a mí me lo van a entregar a mí. Yo voy con Luis y a Luis se lo van a dar... // |
| AL KASSAR | // All right, so, oh... OK, I can go back. I can... stay here and call our other friends to travel to where I am. We have people to take delivery of it. Yes, I can take delivery of it. | // Vale, entonces, oh... OK, yo puedo regresar. Yo puede... quedar aquí y llame a los otros amigos para viajar donde estoy, tenemos gente para recibirlo. Sí, puedo recibirlo. |
| CS | OK. All right, so let's do this. I... // | OK. Entonces, hagamos una cosa. Yo... // |

6

3837

| | | |
|---|---|---|
| AL KASSAR | // But tell me how much because I want to... I don't want to stay here for nothing. I... know... know... // | // Pero dime cuánto, porque quiere... no quiere quedar para nada. Yo... sé... sé... // |
| CS | So when do you want to meet me, the fifth or the sixth? And I, all I have to... // | //¿Cuándo me quieres ver, el cinco o el seis? Y yo, lo único, tengo que ... // |
| AL KASSAR | // No, no, not the fifth, today! We're talking about today. I'm not going to stay over there, uh... here until the fifth or the sixth. Can you be ready now? | // No, no, cinco, !hoy¡ Hablamos para hoy. Yo no voy a quedar allí, eh... aquí en hasta el cinco o el seis. ¿Tú puedes estar listo ahora? |
| CS | No, I can't leave now. I have to... // | No, yo no puedo irme ahora. Yo tengo que... // |
| AL KASSAR | No! You know, you don't need... you could call somebody to make the delivery to us. | ¡No¡ Pero tu no necesitas... tú puedes llamar a alguien para entregarlo a nosotros. |
| CS | Uh... they have to... but they have to make their delivery to Luis or to me. We're the only two people they're going to make the delivery to. | Eh... me lo... pero tienen que entregar a Luis o a mi. Son las únicas dos personas a que se la van a entregar. |
| AL KASSAR | Oh, only to Luis or to you. Ahhh... So then, what... ? [U/I] so I'm leaving tomorrow [U/I] the flight back to where all of our friends are. We'll all be there and as soon as you have it in your hands, we'll talk. All right, what... what's the point of talking now when we're just wasting time? | Ah, sólo a Luis o a ti. Ahhh... Entonces, ¿qué...? [I/I] ahora yo viaja mañana [I/I] el vuelo donde todos los amigos. Estamos todos. Cuando tú tienes en tu mano, hablamos. Ahora, ¿qué... para qué hablamos si perdemos tiempo ahora? |
| CS | Well, the only thing I wanted | No, yo lo único que te estaba |

7

3838

| | | |
|---|---|---|
| | to know from you was whether you could meet me... meet me on the fifth or the sixth and I'm going to be there. // | preguntando es que si tú podías verme... verte conmigo el cinco o el seis, y yo voy a estar allí. // |
| AL KASSAR | // But what's going to happen from now until the fifth or the sixth? Now we're going from one month to the next because [U/I] into two months. What... what have you heard about the [U/I]? | // ¿Pero qué pasa hasta el cinco o el seis? Estamos ahora con un mes a otro porque [I/I] dos meses a otro. ¿Qué... qué sabes que [I/I]? |
| CS | It's a week. It's... it's just that... the... the fifth... // | Es una semana. Eso... es que... el... el cinco... // |
| AL KASSAR | // What do you mean, one week? This has gone on for two, three weeks now, not... // | // ¿Cómo una semana? Esto ha sido dos, tres semanas, no... // |
| CS | The... fifth of June... // | El... el cinco de junio... // |
| AL KASSAR | // ...two weeks, more than two weeks. | // ...dos semanas, más de dos semanas. |
| CS | No, the... the fifth of June. It's two weeks. | No, el...el cinco de junio. Son dos semanas. |
| AL KASSAR | Two weeks. Look, two weeks. We've been crying for a month, too. [he laughs] // | Dos semanas. Mira, dos semanas. Estamos un mes llorando también. [se ríe] // |
| CS | // Yeah... | // Sí... |
| AL KASSAR | And what's going to happen? What... from what phone [U/I] what's going to happen and I'll keep on [U/I] too? | ¿Y qué va a pasar? ¿Qué... de qué teléfono [I/I] qué va a pasar yo sigo [I/I] también? |
| CS | No, no. I'm confirming for | No, no. Yo te estoy |

8

3839

| | | |
|---|---|---|
| | you that I'm going to go over there. I mean, confirming, confirming that I'm going to be there. I don't know... whether it'll be the fifth or the sixth, but those two days. I just have to see if I... how... if I travel on the... the... I have to travel on the fourth. If I make my connection, then I'll be there on the fifth. If I can get there in, uh... just one day... // | confirmando que yo voy para allá. O sea, confirmando, confirmando que yo voy a estar allí. No sé... si el cinco o el seis, pero esos dos días. Yo sólo tengo que ver si te... cómo... si yo viajo el... el... yo tengo que viajar el cuatro. Si yo logro hacer la conexión, yo estoy el cinco. Si yo logro llegar, eh... de un solo día... // |
| AL KASSAR | // But... but all right, but, um, look, you don't know if you're going to receive it or if you're not going to receive it. [U/I] something could happen... or who knows... // | // Pero... pero sí, pero este, mire, tú no sabes si tú vas a recibirlo o no vas a recibirlo. [I/I] puede pasar algo... o quién sabe... // |
| CS | It's a hundred percent for sure. I'm not... I'm not telling you now that... // | Es cien por ciento seguro. No te... ahora no te estoy diciendo que... // |
| AL KASSAR | // A hundred percent that you'll have that... you'll have the three and a half in your hands? | // ¿Cien por ciento tendrías esto... tienes en tus manos la tres y media? |
| CS | Yeah. Three [U/I]. | Sí. Tres [I/I]. |
| | [they both speak simultaneously] | [ambos hablan a la vez] |
| AL KASSAR | [U/I] Oh, OK. | [I/I] Oh, OK. |
| CS | It's not... it's not... // | No es... no es... // |
| AL KASSAR | // All right, I'll leave tomorrow... // | // Entonces, yo viaja mañana... // |
| CS | // It isn't... it isn't... // | // No es... no es... // |

9

3840

| | | |
|---|---|---|
| AL KASSAR | // ...go back to where I came from. We'll go back on the fifth or the sixth [U/I], all right? | // ...vuelve donde venir. El día cinco o el seis volvemos a ir [I/I], ¿vale? |
| CS | OK, it isn't... it isn't, uh, three point five. It's three point two. OK? | OK, no es... no es, eh, tres punto cinco. Es tres punto dos. ¿OK? |
| AL KASSAR | Three point two, OK, the... Europe... European? European, right? | Tres punto dos, sí, lo... europe... ¿Europea? ¿Sí, europea? |
| CS | European, in European. Not... // | Europeo, en europeo. No... // |
| AL KASSAR | // But big ones, right? In big ones? | // Pero en grande, ¿sí? ¿En grande? |
| CS | Big ones. The big ones. The... the... the K kind. | Grande. De los grandes. De... de... de la M. |
| AL KASSAR | All right, OK. But you're telling me this is for sure so I can make a time commitment... // | Vale, entonces. Pero eso es seguro par yo dar mi tiempo... // |
| CS | // For sure. // | // Seguro. // |
| AL KASSAR | // ...with those people, so now we can [U/I] the people for the fifth or the sixth. | // ... con la gente, ahora para [I/I] la gente para el cinco o el seis. |
| CS | For sure. The fifth or the sixth, for sure. I'm going to be there. | Seguro. Seguro, el cinco o el seis. Yo voy a estar allí. |
| AL KASSAR | All right, OK. All right, OK. | Vale, entonces. Vale, entonces. |
| CS | All right. OK? | Vale. ¿OK? |
| AL KASSAR | Fine... But, but I'm also | Bien... No, no, pero también |

10

3841

|  |  |  |
|---|---|---|
|  | going to need something here because the... uh... transportation is coming this weekend to meet with us, and we need something here so we can give it to give him, too. | yo necesita algo aquí porque el... eh... transporte viene el fin de semana para conocerlo, necesitamos algo para darlo aquí también. |
| CS | Look... // | Mira, ... // |
| AL KASSAR | // ... [U/I] I made a promise to give him something here, too. | // ...[I/I] yo promete para darlo algo aquí también. |
| CS | All right. Look, from there... Do you know what? Uh... what could happen is... my friend who met up with me over there in... yeah, in... in Greece could come to meet with us. And he has... he's going to have some there, too. He's going to have around two over there in Greece. | Sí. Mira, de allí... ¿Tu sabes qué? Eh... de allí puede... se puede juntar el amigo que se juntó conmigo allí en... en... sí, en... en, eh... en Grecia. Y él tiene... él va a tener allí también. Él va a tener como dos, allí en Grecia. |
| AL KASSAR | In Greece, really? Tell me how much you have and I can send somebody over to those places [U/I] my friends to go there [U/I] that's good, too. | ¿En Grecia, sí? Dime cuánto tú tienes y yo puedo mandar alguien a esos lados [I/I] amigos míos de ir allá [I/I] también es bueno. |
| CS | OK, all right. So then we can... after that, we could... you could fly there and take delivery of those two so you can give them to... somebody you designate. | OK, bueno. Entonces puede... después de allí, podemos... puedes volar para allá y recibir esos dos para dárselos a... alguien que tú digas. |
| AL KASSAR | But are the, uh, two over there? In Greece? | Pero, ¿el, eh, el dos está allí? ¿En Grecia? |
| CS | The two... two. Two point zero. Of the big ones. | El dos... dos. Dos punto cero. De los grandes. |

11

3842

| | | |
|---|---|---|
| AL KASSAR | Two point zero? But do you mean now, or in... in how many days? | ¿Dos punto cero? ¿Pero ahora, o en... en cuántos días? |
| CS | No, no, no. That, too. As soon as I get there, I have to... it's all going to be there. In... in [U/I] // | No, no, no. Eso también. Cuando yo llegue, tengo... va a estar todo allí. En... en [I/I] // |
| AL KASSAR | // All right, then... // | // Vale, entonces... // |
| CS | // OK? // | // ¿OK? // |
| AL KASSAR | // ... how are you [U/I] to [U/I] we'll leave it like that then [U/I] the people a little now to [U/I] go to the final phase. If not, then it won't all have been worth it, ah? Because I... I... no, no, no... if something happens [U/I] I could also [put up] something from my own pocket [U/I] I could [put up] a little something from my own pocket, I could [put up] a little to calm those people down. | // ...¿cómo tú [I/I] para [I/I] dejamos así entonces [I/I] la gente ahora un poquito para [I/I] pasar al final. Si no, no vale la pena todo, ¿ah? Porque yo... yo... no, no, no... si pasa algo [I/I] yo también puede de mi bolsito [I/I] yo puede un poquito de mi bolsito, yo puede un poquito para tranquilizar a la gente. |
| CS | Yeah, I know. I know. I'm going to pay you everything and... and everything's going to be OK. | No, yo sé. Yo sé. Yo te lo voy a pagar todo y ... y todo va a estar bien. |
| AL KASSAR | [U/I] we're not going to end up looking bad or not [U/I]. You don't have to repay me, no. But I... want, uh... to think carefully about this matter, uh, calm them down. That's why I [U/I] a little in order to calm them down, calm them down. | [I/I] nosotros no vamos a quedar malo o no [I/I] No necesitas de pagarme, no, pero yo... quiere, eh... siderar [sic] el asunto, eh, tranquilizarlo. Por eso yo [I/I] poquito para tranquilizarlo, tranquilizarlo. |

12

3843

| | | |
|---|---|---|
| CS | OK. I'm going to give you that and then I'll be able to rest easy as well and then we'll... // | OK. Yo te voy a dar eso y entonces yo ya voy a estar tranquilo también y entonces nos vamos... // |
| AL KASSAR | // All right, so we'll... between the fifth or the sixth we'll be getting the three, uh, comma, point and there's two, uh, point zero in the [U/I]. | // Entonces, nosotros... entre el cinco y el seis tenemos el tres, eh, coma punto y hay dos, eh, punto cero en los [I/I]. |
| CS | Right, yes, that's right. So then after that... // | Ya, sí, exacto. Y entonces después de eso... // |
| AL KASSAR | // All right, so I'll leave tomorrow. I'll leave tomorrow and go back to where our friend is and I'll go back on the fifth, all right? | // Vale, entonces, yo viaje mañana. Mañana va hacia acá donde el amigo y vuelvo el día cinco allá, ¿vale? |
| CS | All right, all right. I'll see you there then. | Vale, vale. Nos vemos allí entonces. |
| AL KASSAR | When will you be able to confirm that you have it in your hands for sure? Just so we don't make the trip for nothing... talk to the people to [U/I] please, I don't want to lose face, either. | ¿Cuándo tú puedes conformar que está en tus manos seguro para no viajamos para nada también... hablar con la gente para [I/I] por favor, no quiero perder mi cara también. |
| CS | OK, I'll be calling you Wednesday... Tuesday or Wednesday of next week, and I'll... I'll let you know what my exact itinerary is... // | OK, el miércoles... martes o miércoles de la otra semana, yo te estoy llamando y te... y te estoy diciendo exactamente mi itinerario... // |
| AL KASSAR | // Tell me when you have it for sure in your hands. That is what is the most, uh... | // Dime cuando seguro en tus manos. Es lo que más, eh... cuando seguro en tus |

13

3844

|  |  |  |
|---|---|---|
|  | when you have it in your hands for sure, then, yes. But if... if something happens over there in two weeks, then why should we make the trip... or why talk to the people, we're going to have to find another solution. | manos, entonces, sí. Pero sí... allí pasa algo en dos semanas, para qué nosotros viajamos... o para qué hablamos con la gente o tenemos que buscar otra solución. |
| CS | OK. No problem. I'll be calling you, OK? | OK. No, no hay problema. Yo te llamo, ¿OK? |
| AL KASSAR | No, you call me when you have it in your hands, please. | No, cuando tú tienes en tus manos, llámame, por favor. |
| CS | OK, no problem. I'll be calling you. | OK, no hay problema. Yo te estoy llamando. |
| AL KASSAR | All right? Don't worry. No, buddy, don't worry, we're here, buddy. Don't worry... // | ¿Vale? No te preocupes. No, hermano, no te preocupes, estamos aquí, amigo. No te preocupes... // |
| CS | // Yeah, I wanted to... // | // No, yo quería... // |
| AL KASSAR | // You want to tell me what you think is going to happen, uh, clearly so we can calm these people down. | // Quieres hablar la historia de la vista, eh, clara para puede tranquilizar a la gente. |
| CS | Right, right, that's why I'm talking to you really clearly... // | Sí, sí, por eso te estoy hablando bien claramente... // |
| AL KASSAR | // OK, now about the paper... we have the other paper. We also have, uh, possibilities, but that's all I can say, and I won't be able to give you any more information until we get something in our hands. | // OK, ahora por el papel... tenemos por el otro papel. Tenemos, eh, también posibilidades, pero no puede hablar más o informarse hasta tenemos algo en nuestras manos. |
| CS | Uh... the... the... do you have | Eh... de... de... ¿tú tienes los |

14

3845

| | | |
|---|---|---|
| | the papers in the... yeah, but when I deliver that to you, you're not going to have any more problems with that. I'm going to... // | papeles en el... sí, pero cuando yo te entregue eso, ya tú no vas a tener problemas de eso. Yo te lo voy a... // |
| AL KASSAR | // OK, OK, all right, all right, OK, all right. What's going on with the... the... we, we, we didn't talk about the, uh... books. | // Sí, sí, vale, entonces, OK, vale. Vale. ¿Qué pasa con el... el... no, no, no, hablamos por eh... libros. |
| CS | OK. The thing with... the thing with the books, you have to place your... print. Your print. // | OK. El... el de los libros. El de los libros, hay que poner el... el dedo. El dedo. // |
| AL KASSAR | // All right, that's what I mean. Are you going to bring it... are you going to bring it with you? | // Vale, por eso. ¿Vas a traerlo... tú vas a traerlo contigo? |
| CS | If you want somebody else to place his print, then, uh, yeah... but... // | Si tú quieres que alguien ponga el dedo, pues, eh, sí... pero... // |
| AL KASSAR | // No, here [U/I] everything, [U/I] send somebody with that, that's better, please, here. What for? Because it's/you're going with us there. | // No, aquí [I/I] todo, [I/I] para mandar a alguien con ese, es mejor, por favor, aquí, para qué, si va con nosotros allá. |
| CS | OK, al right. All right. I'll... I'll... I'll take care of that. // | OK, está bien. Está bien. Yo... yo... yo me encargo de eso. // |
| AL KASSAR | // So more or less how long? More or less how long? | // ¿En cuánto tiempo más o menos? ¿En cuánto tiempo más o menos? |
| CS | Look, I'm going to be here in Panama for a little while. I'm | Mira, yo voy a estar ahorita aquí en Panamá. Y voy a |

15

3846

| | | |
|---|---|---|
| | going to be here until Friday. Then on Friday, I'm going to be traveling to Colombia and I'll be there until Tuesday. In other words, by Tuesday or Wednesday, I'll be able to give you an exact answer as to when it should be getting to you over there, OK? | estar hasta el día viernes. Del día viernes, yo voy a estar viajando para Colombia y voy a estar hasta el día martes. O sea, martes o miércoles, yo ya puedo contestarte ya exactamente cuando te está llegando para allá, ¿OK? // |
| AL KASSAR | // All right, so give me that... OK, call me next week to confirm everything. | // Vale, entonces, dame eso... OK, llámame la semana que viene para conformar todo. |
| CS | To confirm everything and I'll say, "I... look, right now... the the... the... // | Para confirmar todo y ya te digo, "yo... mira, ya... están los... // |
| AL KASSAR | // All right. // | // Vale. // |
| CS | // ... books are ready... the books [U/I]. // | // ...los... los... los libros... los libros [I/I]. // |
| AL KASSAR | // All right. All right, so I'll go back to my friend's tomorrow. I'll leave tomorrow. We'll be expecting your call on Wed... on Wednesday, Tuesday of next week. | // Vale. Entonces, yo vuelvo mañana donde el amigo. Yo vuelvo mañana. Esperamos tu llamada el miér... el miércoles, el martes de la semana que viene. |
| CS | OK. And then I'll tell you that the books... the books are on their way there... // | OK. Y ya yo ya te digo el libro... los libros van para allá... // |
| AL KASSAR | // All right, so tell me... // | // Vale, dime.... // |
| CS | // ... and ... and all of the papers... // | // ...y... y toda la papelería... // |
| AL KASSAR | // ... confirm [for me]... All right. // | // ...conforme... Vale. // |

16

| | | |
|---|---|---|
| CS | OK? | ¿OK? |
| AL KASSAR | All right. Sure thing. All right. all right. | Vale. Claro. Vale, vale. |
| CS | OK, we'll be talking then. Take care. | OK, hablamos, entonces. Cuidate. |
| AL KASSAR | Take care. | Un abrazo. |
| CS | All right, bye. | Vale, chao. |
| | [END OF THE CONVERSATION] | [FIN DE LA CONVERSACiON] |
| CS | *I received a call from Monzer. The time is 11:00 AM and the date is 5.22.2007 and the telephone is 34 609 895244.* | *I received a call from Monzer. The time is 11:00 AM and the date is 5.22.2007 and the telephone is 34 609 895244.* |