# EXHIBIT B

1

## DRAFT TRANSCRIPT

| | |
|---|---|
| CASE: | UNITED STATES v. MONZER AL KASSAR, et al. |
| REC. NO.: | LIVE MEET/N45 - VIDEO CLIP 3 OF 16 |
| TIME: | |
| DATE: | MARCH 26, 2007 |
| TEL. NO.: | |
| PARTICIPANTS: | CONFIDENTIAL SOURCE ONE (CS 1) <br> CONFIDENTIAL SOURCE TWO (CS 2) <br> CONFIDENTIAL SOURCE THREE (CS 3) <br> MONZER AL KASSAR <br> FELIPE MORENO <br> UNIDENTIFED MALE [see note below, all UMs in this transcript could be either CS 2, CS 3, AL KASSAR or MORENO] |
| ABBREVIATIONS: | [U/I] = Unintelligible in English <br> [I/I] = Unintelligible in Spanish <br> [PH] = Phonetic Spelling <br> // = Voices Overlap |

[Translator's Note: the voice attribution and transcription for this portion of the video were particularly difficult due to the poor and very low audio quality; there were times when voice tones were distinguishable, but not the actual words spoken; Mr. Al Kassar is not a native speaker of Spanish, his portions of the conversation have been translated into standard English for purposes of clarity; words spoken in English in the original conversation have been italicized]

1

17

| CS 2 | // ...I asked you. And I didn't want to talk. // | // ...te pregunté. Y yo no quería hablar. // |
|---|---|---|
| AL KASSAR | // No, no, no. | // No, no, no. |
| CS 2 | // I... I didn't... I didn't... // | // Yo... yo n... yo no... // |
| AL KASSAR | // Why are you asking me [U/I]? We talked about everything here. You left with all of the information. | // ¿Para qué me pregunta [I/I]? Hablamos para todos aquí, tú fuiste con toda la información. |
| CS 2 | Uh... but, but there were a few things you didn't tell me that they asked me about, uh... so... // | Eh... pero, pero es que no me dijiste ciertas cosas que me preguntaron, eh... entonces... // |
|  | [rustling noise] | [ruido de roce] |
| CS 2 | But... // | Pero... // |
| AL KASSAR | They ask you a lot of things. | Muchas cosas te preguntan. |
| CS 2 | [he laughs] That's why I had to come back. You know that our... our group... our group, the... the FARC... // | [se ríe] Por eso me tocó regresar. Tú sabes que el... el... el grupo... el grupo de nosotros, la... las FARC... // |
| AL KASSAR | Right. | Sí. |

17

04794

| | | |
|---|---|---|
| CS 2 | // ...they... they've never done a deal like the one we're doing now. Our deals usually involve, uh... we exchange the product for... the arms and then, uh... it's not... they don't like to give any money. So this is new. And in addition to that, the Americans are much more in our faces lately, much more so with us. | // ...es... nunca han hecho una negociación como estamos haciendo ahora. Comúnmente el... la negociación es... eh... se cambiaba el producto por... las armas y entonces, eh... no es... no les gusta a ellos dar dinero. Y esto es nuevo, aparte de eso que los americanos se están metiendo demasiado, demasiado con nosotros. |
| AL KASSAR | Hm. All over the world. | Hm. En todo el mundo. |
| CS 2 | All over the world. So... // | En todo el mundo. Entonces... // |
| AL KASSAR | // [U/I]. // | // [I/I]. // |
| CS 2 | So we want to start doing this. They're not going to be able to deal with it all, with that as the situation and also being there to fight against us. So that means that... that's our idea, we'll start, um... we wanted to add a few things that... that... that... that they had asked me about. The, um... the... the PG 7s, those... those [things] can't be used for the new helicopters. | Nosotros queremos comenzar a hacerlo. Ellos no van a poder soportar, estar así y estar allá peleando con nosotros. Entonces, la... la idea es ésa, comenzar nosotros, eh... queremos agregar ciertas cosas que... que... que no habían preguntado. El... la.... los... los... los PG 7, eso... esos, para los helicópteros nuevos, no sirven. |
| AL KASSAR | What...? What... ? [U/I]. | ¿Qué...? ¿Cómo? [I/I]. |
| CS 2 | No, but they're the... the PG 16s and 18s are... are what they're asking me about. | No, pero son los... los PG 16 y 18 lo... lo que me están preguntando a mí. |

| AL KASSAR | Uh huh. | Ujúm. |
|---|---|---|
| CS 2 | Because... // | Porque... // |
| AL KASSAR | They're good for everything, for all of those helicopters. | Sirve para todo, para todo eso helicóptero. |
| CS 2 | Because according to... // | Porque según... // |
| CS 3 | // Oh, that's a different... // | // Ah, es otro... // |
| CS 2 | // ...the... the PG 7 is the old one, that can be used over... um... it can... it follows the closest [source] of heat. Uh... I'm not an expert in this, so you tell me. So they wanted to know how much the... the old PG 7s cost, you talked to me about prices, and how much the PG 16s and 18s cost. | // ...el... el PG 7 es el viejo que tira el... que... que si... sigue el calor más cercano. Eh... yo no soy experto en eso y tú me dirás. Entonces ellos querían ver cuánto valían los mi... los PG 7 viejos que tú me dijiste precios y cuánto valían los PG 16 y 18. |
| AL KASSAR | There are 18s and 16s, right. | Hay 18 y 16, sí. |
| CS 2 | There are 16s and 18s. | Hay 16 y 18. |
| AL KASSAR | // The PG... // | // El PG... // |
| CS 2 | // So what we want to add is... // | // Entonces queremos agregar... // |
| AL KASSAR | // ...the 18s are better, the 18s are better. // | // ...18 mejor, 18 mejor. // |
| CS 2 | // We wanted... Uh huh, if the 18s are better and they have a better price... // | // Queremos... Ajá, si es mejor el 18 y tiene mejor precio... // |