UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
UNITED STATES OF AMERICA,

                          Plaintiff,

    -against-

MONZER AL KASSAR, a/k/a "Abu Munawar,"
a/k/a "El Taous, TAREQ MOUSA AL GHAZI
and LUIS FELIPE MORENO GODOY,

                          Defendants.
------------------------------------------------------------------X

ORDER

S3 07 CR 354 (JSR)

UPON DUE CONSIDERATION IT IS HEREBY ORDERED:

That in connection with her representation in the above captioned case, Shirley Saed be permitted to bring ~~his~~ her Blackberry device into the U.S. Courthouse at 500 Pearl Street.

SO ORDERED:

_____
Jed S. Rakoff, U.S.D.J.
8-05-08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-5-08

00167627.WPD;1