UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------- X
UNITED STATES OF AMERICA                      :
                                              :
   -against-                   :   Hon. Jed S. Rakoff
                                              :
MONZER AL KASSAR,                             :   S3 07 Cr. 354 (JSR)
TAREQ MOUSA AL GHAZI, and                     :
LUIS FELIPE MORENO GODOY                      :
                                              :
            Defendants.   :
                                              :
----------------------------------------------------------------- X

**NOTICE OF MOTION FOR RECONSIDERATION OF THE
COURT'S OPINION AND ORDER DENYING DEFENDANTS'
MOTION FOR RULE 15 DEPOSITIONS**

PLEASE TAKE NOTICE, that on behalf of defendants Monzer Al Kassar, Tareq Mousa

Al Ghazi, and Luis Felipe Moreno Godoy (collectively, "Defendants"), the undersigned counsel

respectfully: (a) moves this Court to reconsider and vacate its August 18, 2008 Opinion and

Order, and permit Defendants to take a videotaped deposition in Spain of Inspector Jose M.

Villarejo pursuant to Rule 15 of the Federal Rules of Criminal Procedure; and, alternatively,

(b) requests an opportunity to argue orally the motion at a session to be held before the

Honorable Jed S. Rakoff, at the Moynihan Federal Courthouse, located at 500 Pearl Street, New

York, New York, on a date and time to be determined by the Court,.

Dated:  New York, New York
        August 20, 2008

Respectfully submitted,

DICKSTEIN SHAPIRO, LLP

By:

Ira Lee Sorkin
Nicole DeBello
Elliott Z. Stein
*Attorneys for Monzer Al Kassar*
1177 Avenue of the Americas
New York, New York 10036
Tel. (212) 277-6500
Fax  (212) 277-6501

2

<u>CERTIFICATE OF SERVICE</u>

      I, Elliott Z. Stein, an attorney, hereby certify that on August 20, 2008, I caused to be electronically filed Defendants' Motion for Reconsideration of the Court's Opinion and Order Denying Defendants' Motion for Rule 15 Depositions, and supporting Memorandum of Law, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

                Marc A. Agnifilo
                Brafman & Associates, P.C.
                767 Third Avenue
                New York, New York 10017

                Roger L. Stavis
                Gallet Dreyer & Berkey LLP
                845 Third Avenue, 8th Floor
                New York, New York 10022

                Leslie C. Brown
                Boyd M. Johnson
                Brendan R. McGuire
                Assistant United States Attorneys
                Southern District of New York
                One Saint Andrew's Plaza
                New York, New York 10007

                Respectfully submitted,

                Elliott Z. Stein

DOCSNY-324444v01