UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                -v-<br><br>TAREQ MOUSA AL GHAZI,<br><br>                Defendant. | 07-cr-354 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

   This Court is in receipt of a letter submission from defendant Tareq Mousa Al Ghazi, consisting of a form commonly used to deliver a prisoner's petition for compassionate release to the Bureau of Prisons ("BOP") dated February 22, 2024, as well as appendices with certain medical information and letters from family members. This form should have been submitted in the first instance to the BOP. Though Al Ghazi claims he did so in his reply submission, the Government confirms that the BOP has no record of any such petition. Accordingly, there is nothing properly pending in front of this Court. Defendant Al Ghazi is free to submit this petition to the warden of his facility, and if that petition is not acted on within thirty days thereafter, he can make a motion for compassion release to this Court. See United States v. Haney, 454 F. Supp. 3d 316, 321 (S.D.N.Y. 2020).

SO ORDERED.

New York, NY
November 4, 2024

_____
JED S. RAKOFF, U.S.D.J.

1